Argued and submitted August 30, review dismissed as improvidently allowed
September 23, 1993

STATE OF OREGON,
*Respondent on Review,*

*v.*

ORAPUN BOUNDY,
*Petitioner on Review.*

(CC CM 90-0427; CA A68946; SC S39884)

858 P2d 448

Jad Lemhouse, Eugene, argued the cause and filed the petitions for petitioner on review.

Brenda J Peterson, Assistant Attorney General, Salem, argued the cause for respondent on review. With her on the response were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Laura Graser, Portland, filed a brief in behalf of *amicus curiae* Oregon Criminal Defense Lawyers Association.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.